# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1312
LT Case No. 2006-CF-002030-A

_____

JAMES RAY BOOTH,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

3.800 Appeal from the Circuit Court for Hernando County.
Daniel B. Merritt, Jr., Judge.

James Ray Booth, Bushnell, pro se.

No Appearance for Appellee.

June 24, 2025

PER CURIAM.

AFFIRMED. *See Wainwright v. State*, 50 Fla. L. Weekly S108 (Fla. June 3, 2025) (concluding "even if *Erlinger* [*v. United States*, 602 U.S. 821 (2024),] constitutes a change of law, it does not apply retroactively.").

EDWARDS, C.J., and SOUD and MACIVER, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*